# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **Unwired Global Systems LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **Pepperl+Fuchs, Inc.,** <br><br> Defendant. | Case No. 4:23-cv-03987 <br><br> Patent Case <br><br> Jury Trial Demanded |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order Setting Conference (Docket No. 7), Plaintiff Unwired Global Systems LLC files the following Disclosure of Interested Parties.

The undersigned counsel of record states to the best of his knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1.  Unwired Global Systems LLC,
2.  Rabicoff Law LLC, and
3.  Wireless Glue – Synaptica, Inc.

Dated: November 2, 2023                     Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Avenue – Suite 400
Harrison NY  10528-1613

773-669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Unwired Global Systems LLC**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 2, 2023, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

             /s/ *Isaac Rabicoff*
             Isaac Rabicoff